**Opinion filed April 29, 2010**



# In The

# Eleventh Court of Appeals

—————————

## No. 11-10-00108-CR

—————————

## CHARLOTTA PEEBLER, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 217th District Court**

**Angelina County, Texas**

**Trial Court Cause No. CR-28559**

## M E M O R A N D U M   O P I N I O N

Charlotta Peebler has filed in this court a motion to dismiss her appeal. In her motion, she states that she has decided not to pursue this appeal. The motion is signed by both appellant and her counsel. The motion is granted, and the appeal is dismissed.

April 29, 2010                                                                     PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.